# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700065

_____

## UNITED STATES OF AMERICA
Appellee

v.

## HENRY R. GONZALEZ
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, 1st Marine Division (Rein), Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Matthew J. Stewart, USMC.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 29 June 2017

_____

Before MARKS, JONES, and GROHARING, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court